

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of L.O., a child,          * From the 29th District Court
                                             of Palo Pinto County,
                                             Trial Court No. C47271.

No. 11-17-00237-CV                         * January 11, 2018

                                           * Per Curiam Memorandum Opinion
                                             (Panel consists of: Willson, J.,
                                             Bailey, J. and Wright, S.C.J., sitting
                                             by assignment)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.